Sammye R. HOLLOWAY,
Plaintiff–Appellant,

v.

State of OHIO, et al., Defendants–
Appellees.

No. 96–3732.

United States Court of Appeals,
Sixth Circuit.

July 29, 1999.

Before: MARTIN, Chief Judge;
MERRITT, NELSON, RYAN, BOGGS,
NORRIS, SUHRHEINRICH, SILER,
BATCHELDER, DAUGHTREY,
MOORE, COLE, CLAY, and GILMAN,
Circuit Judges.

### ORDER

A majority of the Judges of this Court in regular active service have voted for rehearing of this case en banc. Sixth Circuit Rule 35(a) provides as follows:

> "The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this court, to stay the mandate and to restore the case on the docket sheet as a pending appeal."

Accordingly, it is **ORDERED,** that the previous decision and judgment of this court are vacated, the mandate is stayed and this case is restored to the docket as a pending appeal.

It is further **ORDERED** that the appellant file a supplemental brief not later than Friday, September 3, 1999, and the appellees file a supplemental brief not later than Monday, October 4, 1999.